FILED

SEP 2 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEKER & VAN NEST, LLP
   ROBERT A. VAN NEST - #84065
2  ASIM M. BHANSALI - #194925
   PAULA L. BLIZZARD - #207920
3  BROOK DOOLEY - #230423
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Defendants
   FOXHOLLOW TECHNOLOGIES, INC.,
7  JOHN B. SIMPSON, and
   MATTHEW B. FERGUSON

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12  JAMES KELLEY, individually and            Case No. C-06-5026-MHP
    on behalf of all those similarly situated,
13                                             **STIPULATION EXTENDING
                           Plaintiff,          DEFENDANTS' DEADLINE FOR
14                                             RESPONDING TO COMPLAINT**
        v.
15
    FOXHOLLOW TECHNOLOGIES, INC.,              Date Comp. Filed:   August 21, 2006
16  JOHN B. SIMPSON, MATTHEW B.
    FERGUSON, and Does 1-10,
17
                           Defendants
18

19

20

21

22

23

24

25

26

27

28

381033.01       STIPULATION EXTENDING DEFENDANTS' DEADLINE FOR RESPONDING TO COMPLAINT
                                   CASE NO. C-06-5026-MHP

1   **WHEREAS,** pursuant to Local Rule 6-1(a) of the Civil Local Rules for the United States
2   District Court for the Northern District of California the parties "may stipulate in writing,
3   without a Court order, to extend the time within which to answer or otherwise respond to the
4   complaint;" and
5   **WHEREAS,** the parties have met and conferred and agree that it is in their mutual
6   interest to extend the defendants' time within which to answer or otherwise respond to the
7   complaint,
8   **IT IS THEREFORE STIPULATED THAT:**
9   Defendants shall not be required to respond to the complaint in this action, or any
10  complaint that is consolidated with this action, until 60 days after plaintiff's counsel either: (a)
11  files an amended consolidated complaint; or (b) notifies defendants in writing that plaintiff's
12  counsel does not intend to file an amended complaint.
13  Dated: September 25, 2006.                KEKER & VAN NEST, LLP

By: _____
PAULA L. BLIZZARD
Attorneys for Defendants
FOXHOLLOW TECHNOLOGIES, INC., et al.

Dated: September 25, 2006.                BRAMSON, PLUTZIK, MAHLET &
                                          BIRKHAEUSER, LLP

By: _____
ALAN R. PLUTZIK
Attorneys for Plaintiff
JAMES KELLEY

Plaintiff shall either file an amended complaint or notice intent to refer to existing [b] complaint to defense on or before October 30, 2006.

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

1
STIPULATION EXTENDING DEFENDANTS' DEADLINE FOR RESPONDING TO COMPLAINT
CASE NO. C-06-5026-MHP

381033.01